UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONIA FUENTES-WEED          :

    Plaintiff                :     CIVIL ACTION NO:
                             :     3:01CV517 (DJS)
V.                          :
                             :
ZIMMER, INC.,               :
    Defendant                :     DECEMBER 15, 2003

FILED 2003 DEC 15 P 2:38
US DISTRICT COURT
HARTFORD CT

### APPEARANCE

TO:    Clerk
        United States District Court
        District of Connecticut
        450 Main Street, 2nd floor
        Hartford, CT 06103

Please enter my appearance in the above entitled action as an additional attorney for the plaintiff.

Robert T. Rimmer
Federal Bar No. ct17238
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444

---

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on December 15, 2003, to the following counsel of record:

Francis H. Morrison, III, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Albert J. Dahm, Esq.
Dahm & Elvin, LLP
9604 Coldwater Road, Suite 201
Fort Wayne, IN  46825

_____
Robert T. Rimmer ct17238

-2-